# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Cassandra L. Mehl, | Civil No. 11-36 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| PortaCo, Inc., Timothy Wilson, individually, | |
| Defendants. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: January 10, 2011

                                                    s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge